NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON DC  20001-2800

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v  ) | Criminal № 06-100M |
| ) | |
| ) | |
| CESAR JIMENEZ SALGADO ) | |

TO:  NANCY MAYER–WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

✔ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
Joseph Virgilio  (Bar № 237370)
1000 Connecticut Avenue NW
№ 1
Suite 613
Washington DC  20036
202.686.6914